**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOHN ERIC SANDLES,

    Plaintiff,

v.                                           Case No. 12-11721

RITA CHASTANG, et al.,

    Defendants.
                                 /

**ORDER DENYING "MOTION TO STAY PROCEEDINGS**
**REGARDING COMPANION CASE . . ."**

      Before the court is pro se Plaintiff John Sandles' "Motion to Stay Proceedings Regarding Companion Case . . . ," in which Plaintiff apparently requests that the reassignment of *Sandles v. Batista*, No. 12-11773 (E.D. Mich.), to the undersigned as a companion be stayed until the court adjudicates his pending motion to remand. The court has reviewed the motion and finds that neither a hearing nor further briefing is necessary. *See* E.D. Mich. LR 7.1(f)(2). The motion will be denied.

      Characteristic of Plaintiff's filings in other cases pending in this district and the dozens of civil actions he has initiated in the federal courts in past two decades, Plaintiff's motion requesting a stay is nearly inscrutable. As best as the court can decipher, Plaintiff seeks an order staying the reassignment of *Sandles v. Batista*, a case that was reassigned on April 25, 2012. There is no mechanism under the Local Rules by which a litigant may prevent or undo a valid reassignment. The decision to reassign a case as a companion is left to the sound determination of the relevant judges: "When it becomes apparent to the Judge to whom a case is assigned and to a Judge having an

earlier case number that two cases are companion cases, upon consent of the Judge having the earlier case number, the Judge shall sign an order reassigning the case to the Judge having the earlier case number." E.D. Mich. LR 83.(7)(D). Thus, Plaintiff has no basis on which to seek a stay of the reassignment. Moreover, the reassignment was consummated on April 25, 2012, nearly a month before Plaintiff filed a motion to ostensibly stay the reassignment. Accordingly,

    IT IS ORDERED that Plaintiff's "Motion to stay Proceedings Regarding Companion Case . . ." [Dkt. # 7] is DENIED.

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: May 23, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 23, 2012, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522